FILED

# United States District Court

Eastern district of Alexandria Virginia

2017 AUG 28 P 12: 48

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Richard Clemons
Plaintiff

file no. 1:17-cv-00963

Hon (AJT/ TCB)

V

Google Inc.
Defendant

_____/

# Civil complaint pursuant
# To title 2 of SCA

(Parties)

Plaintiff is a law student and is homeless. He can be reached at fbiloyal707@gmail.com. His previous address for venue purposes was 211 n. union suite 100. Alexandria, Va. 22314

Defendant is Google Inc. located at 1875 Explorer St. Reston, Va. 20190.

(Jurisdiction)

This court has jurisdiction pursuant to 28 USC 1331.

(The complaint)

1) On or about June of 2016 plaintiff entered a service agreement with defendant Google Inc.-identified by statute as a service provider- for an email account which under the agreement with plaintiff was to be named *lawyerme7@gmail.com*.

2) That such account was activated and maintained in good standing by plaintiff. That such maintenance included plaintiff depositing valuable intellectual properties on various dates but specifically named:

a) **The Poet**. A short book to be described in deposition.

b) **The Reverend**. A full novel to be described in deposition.

c) **A man and a woman**. A short story published electronically by Web.com with full rights reverting to plaintiff only

d) **God loves skinny too**. A short story published electronically by Web.com with full rights reverting to plaintiff only.

e) **Rome loved Jesus**. A short story published electronically by Web.com with full rights reverting to plaintiff only.

f) **A family life**. A short story published electronically by Web.com with full rights reverting to plaintiff only.

3) That in June of 2017, plaintiff made repeated contact attempts with defendant alerting them that such email account had been compromised and that because of the commercial related instruments at stake, plaintiff would need a **procedure adequate to resolve what was identity theft and fraud perpetrated upon the account.** On unspecified dates but retained by google servers, defendant responded by automated reply that because plaintiff *no longer possessed the cell phone he used when opening the account, that google was unable to verify that the account belonged to plaintiff.*

4) Plaintiff in written correspondence to Google's email support team informed defendant that their automated response was insufficient because *it failed to offer a resolution process in face of growing identity theft, maintained copy right material with commercial value that belonged to plaintiff and that by law, a state identification and other papers approved by the commonwealth of Virginia, was sufficient to establish plaintiff's identity.*

5) Surprisingly, two more attempts in communicating with defendant to provide a forum for resolution in the month of August (2017) were simply ignored. Plaintiff is still without his work and has suffered deadlines of contract dispute with his publisher Thom Byxbe-an independent internet publisher.

### (claim for relief)
Plaintiff seeks relief pursuant to 18 usc 2707(a), (b)(1).

### (relief sought)
Plaintiff prays preliminary injunction ordering defendant to surrender the account in question and all electronically stored writings deposited by plaintiff *and any deposited by unauthorized parties.*
Plaintiff who has established a reputation nationally for writing spiritual, and political commentary, seeks 100,000. In damages from defendant.

Respectfully Submitted,
Richard Clemons
Fbiloyal7072gmail.com

8-28-17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____ DIVISION

Richard Clemons
_____
Plaintiff(s),

v.

Civil Action Number: 1:17-CV-00963

Google Inc.
_____
Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of  Title 2, SCA Civil Complaint
(Title of Document)

Richard Clemons
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: 8-28-17 (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)