# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| RICHARD CLEMONS,<br><br>       Plaintiff,<br><br>   v.<br><br>GOOGLE INC.,<br><br>       Defendant. | Civil Action No. 1:17-CV-00963-AJT-TCB |

## GOOGLE LLC'S FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Google LLC ("Google") discloses that Google is a wholly owned subsidiary of XXVI Holdings Inc., which is a wholly owned subsidiary of Alphabet Inc., a publicly traded company. No publicly held corporation owns more than 10% of Alphabet Inc.'s stock.

DATED: November 16, 2017

Respectfully submitted,

By:     /s/ John K. Roche
    John K. Roche (VSB# 68594)
    Perkins Coie LLP
    700 13th St. N.W., Suite 600
    Washington, D.C. 20005-3960
    Phone: 202-434-1627
    Fax: 202-654-9106
    JRoche@perkinscoie.com

*Counsel for Defendant Google LLC*

## CERTIFICATE OF SERVICE

       I hereby certify that on the 16th day of November, 2017, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, and I will send the document by email and U.S. mail to the following non-filing user:

Richard Clemons
211 N. Union St., Suite 100
Alexandria, VA 22314
fbiloyal707@gmail.com

*Pro Se* Plaintiff

                                              By:      /s/ John K. Roche
                                                     John K. Roche (VSB# 68594)
                                                   Perkins Coie LLP
                                                   700 13th St. N.W., Suite 600
                                                   Washington, D.C. 20005-3960
                                                   Phone: 202-434-1627
                                                   Fax: 202-654-9106
                                                   JRoche@perkinscoie.com

*Counsel for Defendant Google LLC*